Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gil Burkwitz, Esq., Bar No.: 289337
gburkwitz@pbbgbs.com
Lusine Arshakyan, Esq., Bar No.: 348834
lArshakyan@pbbgbs.com
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew White, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES; and<br>DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:26-cv-00854-PA-AJR<br>Assigned to the Honorable: A. Joel Richlin<br>[Room 780]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br><br>Complaint Filed:  January 27, 2026 |

This Joint Stipulation for an extension of time for Defendant, COUNTY OF LOS ANGELES (hereinafter "Defendant"), to respond to Plaintiff, ANDREW WHITE's (hereinafter "Plaintiff") Complaint for damages, is made by and between Plaintiff and Defendant, by and through their respective counsel of record, based on the following facts:

WHEREAS, Plaintiff filed his Complaint on January 27, 2026, and served the Complaint on Defendant on April 23, 2026, causing Defendant's response to Plaintiff's Complaint to be due on May 14, 2026.

WHEREAS, Defense counsel was assigned this matter on May 8, 2026, and

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:26-cv-00854-PA-AJR

immediately met and conferred with Plaintiff counsel regarding an extension for Defendant to file a responsive pleading by 30 days.

WHEREAS, the parties informally agreed to Defendant's deadline to file a responsive pleading by 30 days.

WHEREAS, the parties wish to meet and confer as to the claims of Plaintiff's Complaint.

Accordingly, pursuant to C.D.C.A. Local Rule 8-3, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint is now due on or before **June 15, 2026**.

**IT IS SO STIPULATED**.

DATED:  May 14, 2026

**PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU**

By:    /s Gil Burkwitz
Avi Burkwitz, Esq.
Gil Burkwitz, Esq.
Lusine Arshakyan, Esq.
Attorneys for Defendant,
COUNTY OF LOS ANGELES

DATED:  May 14, 2026

**The Law Offices of Dale K. Galipo**

By:    /s Cooper Mayne
Cooper Mayne, Esq.
Attorney for Plaintiff,
ANDREW WHITE

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:26-cv-00854-PA-AJR

**ATTESTATION**

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED:  May 14, 2026

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU

By:     /s Gil Burkwitz
        Avi Burkwitz, Esq.
        Gil Burkwitz, Esq.
        Lusine Arshakyan, Esq.
        Attorneys for Defendant,
        COUNTY OF LOS ANGELES

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

3

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:26-cv-00854-PA-AJR

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 14, 2026, I served the foregoing document described as: **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules

☐ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service of this document will be deemed as if served via mail pursuant to California Code of Civil Procedure §1013

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 14, 2026, in Burbank, California.

/s Noel Pettway

Noel Pettway

PETERSON BRADFORD BURKWITZ<br>
GREGORIO BURKWITZ & SU, LLP<br>
100 North First Street, Suite 300<br>
Burbank, California 91502<br>
Telephone 818.562.5800

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
2:26-cv-00854-PA-AJR

## SERVICE LIST

**RE:**   **White, Andrew v. County of Los Angeles**

**Case No.:**   **2:26-cv-00854-PA-AJR**

Gregory Peacock, Esq.
Law Office of Gregory Peacock
4063 Birch Street, Suite 100
Newport Beach, CA 92660
T: (949) 292-7478
E: gregorypeacockesq@gmail.com

Cooper Alison-Mayne, Esq.
**Associate Attorney** |
**The Law Offices of Dale K. Galipo** |
21800 Burbank Blvd., Suite 310,
Woodland Hills, CA 91367 |
Office: +1.818.347.3333 |
Email: cmayne@galipolaw.com

**Attorney for Plaintiff,
ANDREW WHITE**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

5

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
2:26-cv-00854-PA-AJR