Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gil Burkwitz, Esq., Bar No.: 289337
gburkwitz@pbbgbs.com
Jake Hertzberg, Esq., Bar No.: 359988
jhertzberg@pbbgbs.com
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew White, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00854-PA-AJR<br>Assigned to the Honorable: Percy Anderson<br>[Room 9A]<br><br>**DECLARATION OF JAKE HERTZBERG, ESQ., IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[Filed Concurrently with Motion to Dismiss; and [Proposed] Order]*<br><br>Date .................... July 13, 2026<br>Time ................... 1:30 p.m.<br>Courtroom..........9A<br><br>Complaint Filed: January 27, 2026 |

## DECLARATION OF JAKE HERTZBERG, ESQ.

I, Jake Hertzberg, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California, including this District Court, and am an associate attorney of the law firm of Peterson, Bradford, Burkwitz, Gregorio, Burkwitz, and Su, attorneys of record for Defendant, COUNTY OF LOS ANGELES. I have personal knowledge of

**DECLARATION OF JAKE HERTZBERG, ESQ.**
2:26-cv-00854-PA-AJR

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

the facts of this case, and if called as a witness, I could and would competently testify thereto.

2.    On June 8, 2026, I initiated a telephonic meet and confer with Plaintiff's counsel, noting our intention to proceed with a motion to dismiss.

3.    Following our telephonic conference on June 8, 2026, I sent Plaintiff a meet  and confer correspondence, re-emphasizing Defendant's intention to file a motion to dismiss. Attached hereto as **Exhibit A** is a true and correct copy of the correspondence.

4.    On June 8, 2026, Plaintiff responded to my email correspondence, confirming receipt. Attached hereto as **Exhibit B** is a true and correct copy of the correspondence.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing statements are true and correct.

*/s/ Jake Hertzberg*
Jake Hertzberg, Esq.
Declarant

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**DECLARATION OF JAKE HERTZBERG, ESQ.**
2:26-cv-00854-PA-AJR

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On June 15, 2026, I served the foregoing document described as: **DECLARATION OF JAKE HERTZBERG, ESQ., IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules

☐ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service of this document will be deemed as if served via mail pursuant to California Code of Civil Procedure §1013

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 15, 2026, in Burbank, California.

*/s/ Esther Gresen*
_____
Esther Gresen

3

**DECLARATION OF JAKE HERTZBERG, ESQ.**
2:26-cv-00854-PA-AJR

## SERVICE LIST

**RE:**   **White, Andrew v. County of Los Angeles**

**Case No.:**   **2:26-cv-00854-PA-AJR**

Gregory Peacock, Esq.
Law Office of Gregory Peacock
4063 Birch Street, Suite 100
Newport Beach, CA 92660
T: (949) 292-7478
E: gregorypeacockesq@gmail.com
alex@gregpeacocklaw.com
greg@gregpeacocklaw.com
kylie@gregpeacocklaw.com

Cooper Alison-Mayne, Esq.
Associate Attorney
The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310,
Woodland Hills, CA 91367
Office: +1.818.347.3333
cmayne@galipolaw.com
coopermayne@recap.email
dgilbert@galipolaw.com

**Attorney for Plaintiff,
ANDREW WHITE**

<div style="writing-mode: vertical-rl">

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

</div>

4

**DECLARATION OF JAKE HERTZBERG, ESQ.**
2:26-cv-00854-PA-AJR