Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Gil Burkwitz, Esq., Bar No.: 289337
gburkwitz@pbbgbs.com
Jake Hertzberg, Esq., Bar No.,
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Andrew White, an individual, | Case No.: 2:26-cv-00854-PA-AJR |
|---|---|
| Plaintiff, | Assigned to the Honorable: Percy Anderson [Room 9A] |
| vs. | **[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS** |
| COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive, | |
| Defendants. | Date ..................... July 13, 2026 |
| | Time .................... 1:30 p.m. |
| | Courtroom...........9A |
| | *[Filed concurrently Motion to Dismiss and Declaration]* |
| | Complaint Filed: January 27, 2026 |

Defendant, COUNTY OF LOS ANGELES' ("Defendant"), Motion to Dismiss all claims for Relief alleged against them in Plaintiff ANDREW WHITE'S, Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) came for hearing on July 13, 2026, before the Honorable Percey Anderson Court, U.S. District Court Judge presiding.

The Court read and considered the papers submitted both in support of and opposition to the Motion and based upon further briefing, papers, and pleadings on

1

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS**
2:26-cv-00854-PA-AJR

file in this matter as well as the oral arguments.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) is hereby GRANTED in its entirety.

**IT IS SO ORDERED.**

DATED: _____          By:_____
                                                Honorable: Percy Anderson
                                                United States District Judge

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS**
2:26-cv-00854-PA-AJR

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On June 15, 2026, I served the foregoing document described as:

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules

☐ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service of this document will be deemed as if served via mail pursuant to California Code of Civil Procedure §1013

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 15, 2026, in Burbank, California.

*/s/ Esther Gresen*

Esther Gresen

<div style="margin-left:-2em">PETERSON BRADFORD BURKWITZ<br>GREGORIO BURKWITZ & SU, LLP<br>100 North First Street, Suite 300<br>Burbank, California 91502<br>Telephone 818.562.5800</div>

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS**
2:26-cv-00854-PA-AJR

## SERVICE LIST

**RE:** **White, Andrew v. County of Los Angeles**

**Case No.:** **2:26-cv-00854-PA-AJR**

Gregory Peacock, Esq.
Law Office of Gregory Peacock
4063 Birch Street, Suite 100
Newport Beach, CA 92660
T: (949) 292-7478
E: gregorypeacockesq@gmail.com
alex@gregpeacocklaw.com
greg@gregpeacocklaw.com
kylie@gregpeacocklaw.com

Cooper Alison-Mayne, Esq.
Associate Attorney
The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310,
Woodland Hills, CA 91367
Office: +1.818.347.3333
cmayne@galipolaw.com
coopermayne@recap.email
dgilbert@galipolaw.com

**Attorney for Plaintiff,**
**ANDREW WHITE**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS**
2:26-cv-00854-PA-AJR