# Exhibit A

 Outlook

---

**White v. County of Los Angeles: 2:26-cv-00854-PA**

---

**From** Jake Hertzberg <jhertzberg@pbbgbs.com>

**Date** Mon 6/8/2026 3:20 PM

**To**    Cooper Mayne <cmayne@galipolaw.com>

Hi Mr. Mayne,

I hope this email finds you well.

I wanted to let you know that we are still waiting to hear from the County regarding authorization to dismiss the federal claims. We hope to have an answer within the next couple of days.

In the event we do not receive authority from the County, I wanted to advise that we will be filing a Motion to Dismiss with respect to the 3rd and 5th causes of action. We are also considering arguing dismissal for the false arrest claims. However, again, this will be dependent on what the County says.

If you have any questions or wish to speak further, you can give myself or Gil a call. You can also respond to this email.

Best,

**Jake Hertzberg, Esq.**
**Peterson Bradford Burkwitz**
**Gregorio Burkwitz & Su, LLP**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
Website: https://pbbgbs.com/

**Celebrating two decades of legal excellence**



 Please consider the environment before printing this email

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY

NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.