# Exhibit B

 Outlook

---

**Re: White v. County of Los Angeles: 2:26-cv-00854-PA**

---

**From** Cooper Mayne <CMayne@galipolaw.com>

**Date** Mon 6/8/2026 3:28 PM

**To** Jake Hertzberg <jhertzberg@pbbgbs.com>

**Cc** Gregory Peacock <gregorypeacockesq@gmail.com>

Understood. We'll wait to hear back about whether you all are agreeable to heading to state court.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Jake Hertzberg <jhertzberg@pbbgbs.com>
**Sent:** Monday, June 8, 2026 3:20 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Subject:** White v. County of Los Angeles: 2:26-cv-00854-PA

Hi Mr. Mayne,

I hope this email finds you well.

I wanted to let you know that we are still waiting to hear from the County regarding authorization to dismiss the federal claims. We hope to have an answer within the next couple of days.

In the event we do not receive authority from the County, I wanted to advise that we will be filing a Motion to Dismiss with respect to the 3rd and 5th causes of action. We are also considering arguing dismissal for the false arrest claims. However, again, this will be dependent on what the County says.

If you have any questions or wish to speak further, you can give myself or Gil a call. You can also respond to this email.

Best,