**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDREW WHITE,

      Plaintiff,

    vs.

COUNTY OF LOS ANGELES, et al.,

      Defendants.

Case No.: 2:26-cv-00854-PA-AJR
Honorable Percy Anderson

**STIPULATION TO DISMISS ACTION**



LAW OFFICES OF
DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS

## STIPULATION TO DISMISS ACTION

Plaintiff ANDREW WHITE, by and through his attorneys of record, and Defendants COUNTY OF LOS ANGELES, et al., by and through their attorneys of record, hereby stipulate and agree as follows:

1.     Plaintiff dismisses all federal claims in this action with prejudice.

2.     Plaintiff dismisses all state law claims in this action without prejudice.

3.     Plaintiff shall have 30 days from the date the Court dismisses this action to file his state law claims in state court. If Plaintiff files in state court a complaint asserting the same causes of action based on the same factual allegations and circumstances alleged in this Federal Action within that 30-day period, Defendants will not raise a statute of limitations defense and will not raise any argument related to the timeliness of the government tort claim filed under the California Tort Claims Act (California Government Code §§ 810 et seq.) or the timeliness of the complaint under the California Tort Claims Act.

4.     The parties agree that Plaintiff retains the right to substitute the true names of individual defendants sued by fictitious name.

5.     On July 10, 2026, the Court granted in part Defendant County of Los Angeles's Motion to Dismiss (ECF No. 21), dismissing Plaintiff's Monell claim with leave to amend and ordering that any First Amended Complaint be filed by July 27, 2026. In light of this stipulation, Plaintiff will not file a First Amended Complaint, and this stipulation resolves the action in its entirety.

6.     The parties jointly request that the Court dismiss all federal claims with prejudice, dismiss all state law claims without prejudice, close this case, and order each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

2

DATED:  July 22, 2026

**LAW OFFICES OF DALE K. GALIPO**

By:    */s/    Cooper Alison-Mayne*
          Dale K. Galipo
          Cooper Alison-Mayne[1]

*Attorneys for Plaintiff*


DATED:  July 22, 2026

**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU**


By:    */s/ Jake Hertzberg*
          Jake Hertzberg
          Avi Burkwitz, Esq.
          Gil Burkwitz, Esq.
          Lusine Arshakyan, Esq.
          Attorneys for Defendant,
          COUNTY OF LOS ANGELES

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.