# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDREW WHITE,

        Plaintiff,

vs.

COUNTY OF LOS ANGELES, et al.,

        Defendants.

Case No.: 2:26-cv-00854-PA-AJR
Honorable Percy Anderson

**[PROPOSED] ORDER DISMISSING ACTION**

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that all federal claims in this action are dismissed with prejudice and all state law claims in this action are dismissed without prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Consistent with the parties' stipulation, Plaintiff shall have 30 days from the date of this Order to file his state law claims in state court.  All previously scheduled dates and deadlines in this action are VACATED, and the Clerk is directed to close this case.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Percy Anderson
United States District Judge

2
[PROPOSED] ORDER